UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 10-00788-3F7
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ADV. NO.:

LINDSAY MONICA NAVIN

　　　　　　　　　　Debtor./

GORDON P. JONES, AS TRUSTEE OF
THE ESTATE OF LINDSAY MONICA NAVIN

　　　　　　　　　　Plaintiff,
vs.

LINDSAY MONICA NAVIN

　　　　　　　　　　Defendant./

**COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR**

　　　　The Plaintiff, Gordon P. Jones, as Trustee, sues the Defendant, LINDSAY MONICA NAVIN, Debtor, and says:

1.　　The Plaintiff is the duly qualified and acting Trustee of the above Debtor's estate and property, having been so appointed on February 4, 2010.

2.　　The Defendant is the Debtor and has designated her address for purpose of this proceeding as 1135 Eagle Point Drive, St. Augustine, FL 32092. Plaintiff perfects service on the Defendant pursuant to the provisions of Rule 7004(b)(9) of the Federal Rules of Bankruptcy Procedure.

3.　　The Court has jurisdiction over the subject matter of this proceeding pursuant to the provisions of the Bankruptcy Amendments and Federal Judgeship Act of 1984; pursuant to the provisions of Section 1334(a) of Title 28, United States Code, as amended; and pursuant to the provisions of Section 157(b)(2)(N) Chapter 6, Title 28, United States Code.

4.　　As Trustee of the debtor's estate, Plaintiff was charged with the responsibilities and duties set forth in 11 U.S.C., §704, including:

　　a. collecting and reducing to money the property of the estate, and closing the estate as expeditiously as is compatible with the best interest of parties in interest;

　　b. investigate the financial affairs of the debtor; and

　　c. if advisable, object to the discharge of the debtor.

5.　　The Plaintiff asserts that the Defendant may have committed other acts or omissions that would constitute grounds for the denial of her discharge which may be disclosed through discovery in this proceeding.

6.   Based upon the foregoing, Plaintiff alleges that the debtor:

a. with intent to hinder, delay or defraud a creditor or the trustee, transferred, removed, destroyed and/or concealed property of the estate within one year of filing the petition and/or after filing the petition;

b. has concealed, destroyed, mutilated, falsified or failed to keep or preserve recorded information from which the debtor's financial condition might be ascertained;

c. knowingly and/or fraudulently: made a false oath; presented a false claim; gave, offered, received or attempted to obtain money, property or advantage; withheld from the trustee information, documents, records or papers relating to the debtor's financial condition;

d. failed to explain satisfactorily a loss of assets or deficiency of assets to meet liabilities;

e. previously filed a Voluntary Petition under Chapter 13 that was dismissed for non-payment;

f. had an unlisted sale of business for in excess of $375,000.00;

g. used approximately $25,000.00 of the proceeds from the sale of business to pay down her mortgage, which payment was not disclosed in her Statement of Financial Affairs;

h. used approximately $25,000.00 of the proceeds from the sale of business to pay personal loans;

Wherefore, the Plaintiff request that the Debtor's discharge be denied pursuant to the provisions of §§727(a)(2), (a)(3), (a)(4), and (a)(5) of the Bankruptcy Code, and grant to the Plaintiff his costs herein.

Dated this 11th day of March, 2010.

   */s/ Gordon P. Jones*
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Attorney for Plaintiff