UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.: 10-00788-3F7
ADV. NO.: 10-107

LINDSAY MONICA NAVIN

_____ Debtor./

GORDON P. JONES, AS TRUSTEE OF THE
ESTATE OF LINDSAY MONICA NAVIN

Plaintiff,

vs.

LINDSAY MONICA NAVIN

_____ Defendant./

**AFFIDAVIT IN SUPPORT OF ALLEGATIONS
SET FORTH IN THE COMPLAINT**

STATE OF FLORIDA
COUNTY OF DUVAL

BEFORE ME, the undersigned authority, on this day personally appeared Gordon P. Jones, who after being duly sworn, deposes and says:

1. That he is over the age of eighteen (18) years of age, that he is the duly appointed Trustee of the Estate of LINDSAY MONICA NAVIN, and that he makes this Affidavit on his own personal knowledge.

2. The debtor:

a. with intent to hinder, delay or defraud a creditor or the trustee, transferred, removed, destroyed and/or concealed property of the estate within one year of filing the petition and/or after filing the petition;

b. has concealed, destroyed, mutilated, falsified or failed to keep or preserve recorded information from which the debtor's financial condition might be ascertained;

c. knowingly and/or fraudulently: made a false oath; presented a false claim; gave, offered, received or attempted to obtain money, property or advantage; withheld from the trustee information, documents, records or papers relating to the debtor's financial condition;

d. failed to explain satisfactorily a loss of assets or deficiency of assets to meet liabilities;

e. previously filed a Voluntary Petition under Chapter 13 that was dismissed for non-payment;

f. had an unlisted sale of business for in excess of $375,000.00;

g. used approximately $25,000.00 of the proceeds from the sale of business to pay down her mortgage, which payment was not disclosed in her Statement of Financial Affairs;

h. used approximately $25,000.00 of the proceeds from the sale of business to pay personal loans, which payment was not disclosed in her Statement of Financial Affairs;

i. owned jewelry valued at $5,000 that was not scheduled and sold the jewelry post-petition without Court's authorization for in excess of $5,000;

j. participated directly, or indirectly, in a scheme to defraud her creditors orchestrated by her bankruptcy attorneys, by not disclosing the existence of a business and sale of business in her previous Chapter 13 bankruptcy case permitting her Chapter 13 case to be dismissed for non-payment despite having sold the business for $375,000 and failing to disclose the sale to the Court, Chapter 13 Trustee, or the current case Statement of Financial Affairs;

k. made an undisclosed preferential or fraudulent payment to her mother, or a relative, in the approximate amount of $10,000; and

l. such other acts that additional discovery would disclose.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GORDON P. JONES

The foregoing Affidavit was acknowledged before me this 26 day of May, 2010, by Gordon P. Jones, who is personally known to me.

Nancy Crews
Notary Public
[SEAL]

NANCY CREWS
MY COMMISSION # DD602714
EXPIRES: November 04, 2010
1-800-3-NOTARY   Fl. Notary Discount Assoc Co

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 26 day of May, 2010 or electronically by the Bankruptcy Noticing Center, to the following:

Lindsay Monica Navin
1135 Eagle Point Drive
St. Augustine, FL 32092

Office of United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

_____
Attorney