UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA

JUN 2 2010

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

LINDSAY NAVIN

v.

Gordon P. Jones, Trustee

Case No.: 10-00788-3F7

Adv. No.: 10-107

## MOTION TO SET ASIDE MOTION FOR DEFAULT

I, Lindsay Navin, as Defendant, against Gordon P. Jones, Trustee request a Motion to Set Aside Default.

I respectfully request that the court should hear the claim on its merits. My previous attorney has withdrawn from the case as of April 15, 2010. She did not advise me on this matter in terms of the answer I was responsible for completing. I was unaware of having to respond to anything other than the requests I did answer back to Raymond Magley by April 28th, 2010. I sent all forms/documents and explanations to Attorney Raymond Magley regarding this case, prior to my 2004 review and I have been in direct communication with him. I was unaware of any additional responses I was required to make.

Please allow my case to be heard in the court of law. I am in the process of sending communication to Trustee Gordon Jones in terms of a response to the letter I have now received.

I have been seeking new counsel on this matter but do not have the funds to pay an attorney at this time. I am still trying to find an attorney who will allow me to make payments for I do not have a lump sum to retain anyone.

I would also request an extension of time on this case so that I may try to put some money together so that I can have proper representation on these matters.

Respectfully,

*Lindsay Navin* (signature)

Lindsay Navin

1135 Eagle Point Dr

St Augustine, FL 32092

904-687-3238